# ATTORNEY/CLIENT RETAINER AGREEMENT

Jonathan Carlyle Carter (hereinafter referred to as "Client") agrees to retain Patrick J. Geile (hereinafter referred to as "Attorney"), of the law firm of Foley Freeman, PLLC (hereinafter referred to as "Firm"), as attorney to represent Client in a Chapter 7 Bankruptcy:

1. That Attorney will record time in tenths of hours at the rate of $360 per hour, and keep accurate time records. Where appropriate, Attorney may delegate certain duties to other Firm attorneys, associates, or paralegals at rates that shall not exceed Attorney's hourly rate.

2. Client has paid an original retainer of $5,000 and shall be withdrawn as work is performed on your case. Client will pay all monthly bills upon submission by attorney in a timely manner.

3. It is further understood and agreed that any billing not brought current (or satisfactory arrangement otherwise made) by the 30th of the month following billing, or prior to the scheduling of hearing in the matter, whichever comes first, that the client agrees to the withdrawal of Patrick J. Geile as attorney of record in the matter.

4. Client is responsible for paying all necessary costs, which may include filing fees, postage, service of process charges, reporters and transcriber's fees, copy charges, delivery fees, investigators, experts and expert witnesses, travel and all such expenses. Client shall pay all third parties directly. If Attorney agrees to advance costs, Client agrees to reimburse Firm on demand.

5. Client(s) will be truthful and cooperative with Law Firm; keep Law Firm reasonably informed of developments and of Client's address, telephone numbers and whereabouts; and timely make any payments required by this agreement.

6. Firm shall have absolute right to withdraw from representation in this case at any time upon reasonable notice to Client if Client breaches any provisions of this agreement. Non-payment of account is a reason for Firm's withdrawal. There shall be no refund to client for time and/or expenses expended on behalf of Client. Client gives to Firm a lien on any sum recovered through settlement, judgment, or any other means, as further security for payment of any fees, costs or expenses unpaid at the time Client receives such settlement, judgment or other recovery.

7. CLIENT AGREES THAT NEITHER Patrick J. Geile NOR FIRM HAVE MADE ANY REPRESENTATIONS OF ANY KIND AS TO THE OUTCOME OF THIS CASE AND HAVE NOT EXPRESSED ANY OPINION AS TO WHETHER CLIENT MIGHT PREVAIL IN THIS MATTER.

8. Time is of the essence in this Agreement. In the event of any litigation between the parties concerning this Agreement, the unsuccessful party in such litigation shall fully reimburse the prevailing party for all costs and expenses, including reasonable attorney's fees, incurred in such litigation.

ATTORNEY/CLIENT RETAINER AGREEMENT - 1

8. This Agreement shall be governed by and construed in accordance with the laws of the state of Idaho.

9. Hand-written provisions inserted in this Agreement and initialed by the parties in ink shall control all type-written provisions in conflict therewith. This Agreement shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns.

10. Firm will send Client a letter at the conclusion of Firm's representation; Client agrees to retrieve all original documents from Firm within fourteen (14) days, or a retrieval fee of $15.00 will be charged to retrieve files from storage.

11. All physical files will be destroyed two (2) years from the date Firm's representation is concluded.

12. For Client's convenience, Attorney has created a portal through LawPay, a safe and secure credit card portal designed for lawyers, allowing Client to pay bills and replenish retainers online. Client shall not be charged any fee for credit card use, and no fees are deducted from funds deposited into Attorney's trust account.

13. It is further understood and agreed that if Client, or any third party paying fees for Client, pays such fees through the use of a debit card, credit card, or other electronic means, such payments cannot be revoked or reversed in any manner by Client.

14. No Refund Policy. Client understands that fees paid with a credit card are not subject to a right by Client to a credit card refund or chargeback after legal services are performed. Refunds, when appropriate, shall be paid by check or other electronic transfer from Attorney to Client.

IN WITNESS WHEREOF, the parties have executed this agreement as of the 26 day of April, 2024.

CLIENT

_____
Jonathan Carlyle Carter

FOLEY FREEMAN, PLLC

_____
Patrick J. Geile
agent for Foley Freeman PLLC

CLIENT

_____
Tara Rebecca Rose

ATTORNEY/CLIENT RETAINER AGREEMENT - 2