Timothy R. Kurtz, ISB No. 8774
Chapter 7 Bankruptcy Trustee
P.O. Box 956
Boise, ID 83701
Telephone: (208) 287-8125
Facsimile: (208) 287-8130

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | |
|---|---|
| Carter, Jonathan Carlyle<br>Rose, Tara Rebecca<br><br>             Debtors. | Case No. 24-00228-NGH<br>Chapter 7 |

## NOTICE OF SALE OF PROPERTY AND NOTICE OF HEARING ON MOTION FOR APPROVAL OF SALE OF REAL PROPERTY

NOTICE IS HEREBY GIVEN that a court hearing will be held on **December 8, 2025 at 1:30 pm MT**, for approval of sale of the Real Property described below.  If there any additional bids for the Real Property, the sale shall be by public auction on December 8, 2025, commencing at 10:00 a.m. MT, to be held telephonically by the Chapter 7 Trustee for the above-captioned bankruptcy estate, Timothy R. Kurtz (the "Trustee"). The Real Property is located at 14284 Lewis Ln., Nampa, ID. 83686 (the "Real Property"), and more particularly described as:

**Legal Description:**

A portion of the Southeast quarter of Section 10, Township 2 North, Range 3 West, Boise Meridian, Canyon County, Idaho, and more particularly described as follows:

Commencing at the Southeast corner of Section 10, Township 2 North, Range 3 West, Boise Meridian, Canyon County, Idaho, and running South 89°55'10" West 1319.64 feet along the Southerly boundary of said Section 10 to the True Point of Beginning; thence continuing South 89°55'10" West 363.00 feet along said Southerly boundary of Section 10 to a point; thence at right angles and bearing North 0°04'50" West 1200.00 feet to a 5/8 inch iron pin; thence North 89°55'10" East 363.00 feet to a 5/8 inch iron pin; thence South 0°04'50" East 1200.00 feet to the Point of Beginning.

The Real Property is also more particularly described in deeds of trust recorded in the records of Canyon County as Instrument Nos. 2017-014822 and 2022-036028, and such legal description is hereby incorporated by reference.

NOTICE IS ALSO HEREBY GIVEN, that pursuant to 11 U.S.C. § 363(b), Federal Rules of Bankruptcy Procedure 2002(a) and 6004 and Local Bankruptcy Rule 2002-1, that Trustee has scheduled a hearing on Trustee's Motion for Approval of Sale of Real Property Free and Clear of Liens, Pursuant to Section 363(b) and (f) (the "Motion") at the U.S. Bankruptcy Court, located at 550 West Fort St., 5th Floor, Boise, Idaho 83724 on **December 8, 2025 at 1:30 p.m. MT, to be held by telephone by calling the Court's conference number at 1-669-254-5252 and enter**

**NOTICE OF SALE OF PROPERTY - 1**

**ID No. 160-5422-0978**. You may obtain a full copy of the Motion from the clerk of the U.S. Bankruptcy Court or from the Trustee. If you object to the relief sought in the Motion, you must file a written objection with the U.S. Bankruptcy Court (550 W. Fort St., Boise, ID 83724) not less than seven days before the date set for the proposed action or within the time fixed by the court. You must serve a copy to the Trustee (Timothy R. Kurtz, P.O. Box 956, Boise, ID 83701). You may attend the scheduled hearing and present your views or support your filed response.

1. **Type and Place of Auction and Hearing for Sale:**

   | **Public Auction: Telephonic (if necessary)** | **Court Approval Hearing: Telephonic** |
   |---|---|
   | December 8, 2025 | December 8, 2025 |
   | 10:00 a.m. Mountain Time | 1:30 p.m. Mountain Time |
   | Call in No. 1-877-386-7687 | By Telephone at 1-669-254-5252 |
   | Access Code No. 8741318 | Access Code: 160-5422-0978 |

2. **Material Terms of Sale.** The Real Property shall be sold to the highest bidder for not less than a net purchase price of $1,602,300.00 (the buyer is paying a price of $1,635,000.00, with an interest rate buydown of $32,700.00, for a net purchase price of $1,602,300.00). The Trustee has received and accepted from Heidi E Freitas (the "Buyer"), subject to higher bids and Court approval, a net offer of $1,602,300.00 for purchase of the Real Property. Trustee is not aware of a connection between the Buyer and Debtors. Closing will be held at the convenience of the parties or as soon as possible after Court approval.

3. **Bidding Procedures.** The opening bid price shall be the Buyer's bid of $1,602,300.00. Any competing overbids shall start at $1,610,000.00. Minimum bid increments shall be $1,000. Bidders may bid in increments of more than $1,000 if desired. **In order to participate in the auction, an overbidder must submit to the Trustee or Trustee's Agent, certified funds in the amount of $50,000.00, payable to "Timothy R. Kurtz, Trustee," together with a letter of credit or other acceptable representation of the ability to pay the competing overbid for the property, by no later than 5:00 p.m. Mountain Time on December 5, 2025.** Should the overbidder be the winning bidder, these funds will be retained by the Trustee as a nonrefundable deposit for application against the purchase price at the closing, or returned to the overbidder in the event that the Bankruptcy Court does not approve the sale. The certified funds of unsuccessful bidders will be refunded to those parties after the auction.

4. **Known Liens or Encumbrances.** As disclosed in the records of Canyon County, Idaho, the following are valid liens against the Real Property, and will be paid at closing: (i) **Wilmington Savings Fund Society, FSB**, not in its individual capacity but solely in its capacity as trustee of IBIS Holdings A Trust, is the holder of a valid lien with an estimated payoff of $575,000.00, previously executed in favor of Movement Mortgage LLC, and is recorded as Instrument No. 2017-014822. (ii) **Newtek Small Business Finance, LLC** ("Newtek") holds a valid lien with an estimated payoff of $950,000.00, however Newtek has agreed to stipulate to receive $850,000.00 for release of its lien and

**NOTICE OF SALE OF PROPERTY - 2**

is recorded as Instrument No. 2022-036028.  Collectively, these lienholders are referred herein as the "**Valid Lienholders**."

5. **Homestead Exemption**. There is a homestead exemption claimed in the amount of $175,000.00.  However, the Trustee has avoided the Phillips and Carter liens, and intends to avoid or foreclose on the Kvinsland and Wheeler liens, totaling at least $800,000.00, as recorded, and Trustee has preserved such liens for the benefit of the estate (or will preserve them, upon resolution of the Kvinsland lien).  Because these liens were preserved for the benefit of the bankruptcy estate and have priority over any homestead exemption for any equity proceeds, the homestead exemption will not be paid from the proceeds of the sale or otherwise by the estate.

6. THE SUBJECT PROPERTY SHALL BE SOLD AS IS, WHERE IS, AND WITHOUT WARRANTY OF ANY NATURE WHATSOEVER, EITHER EXPRESSED OR IMPLIED.  This sale shall be effective immediately and the 14-day stay imposed by Fed. R. Bankr. P. 6004(h) and other rules are hereby waived.

DATED: November 12, 2025    /s/  Timothy R. Kurtz
                             Chapter 7 Bankruptcy Trustee

**NOTICE OF SALE OF PROPERTY - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Aaron Robert Bell    bell.aaron@dorsey.com, shippy.emma@dorsey.com
Matthew T. Christensen    mtc@johnsonmaylaw.com, mtcecf@gmail.com;ard@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com;crb@johnsonmaylaw.com
Amber Nicole Dina    amberdina@givenspursley.com, kad@givenspursley.com;laurar@givenspursley.com
Thomas E Dvorak    ted@givenspursley.com, s274@givenspursley.com;kad@givenspursley.com
Mark A Ellingsen    mellingsen@workwith.com, bmitchell@workwith.com
Patrick John Geile    pgeile@foleyfreeman.com, abennett@foleyfreeman.com;r59345@notify.bestcase.com
Jed W. Manwaring    jwm@elamburke.com, jh@elamburke.com
William McCormick    bill.mccormick@ag.tn.gov
Mark D Perison    mark@markperison.com, emily@markperison.com
Julia Schoffstall    jschoffstall@workwith.com
Tricia Kay Soper    tricia@markperison.com, emily@markperison.com
David M Swartley    bknotice@mccarthyholthus.com, dswartley@ecf.courtdrive.com
US Trustee    ustp.region18.bs.ecf@usdoj.gov
Elijah Martin Watkins    watkins.elijah@dorsey.com, shippy.emma@dorsey.com;sattler.carla@dorsey.com;vanmaren.kimberly@dorsey.com

AND, I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, Postage Prepaid:

See Attached Mailing Matrix

/s/ Timothy R. Kurtz
Timothy R. Kurtz, Trustee

**NOTICE OF SALE OF PROPERTY - 4**